**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, NY  10022
Telephone: 212-704-6227
Facsimile: 212-704-6288
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BITACH, LLC<br><br>           Plaintiff,<br><br>      v.<br><br>YEB EDUCATIONAL PROGRAMS INC. and FRIENDS OF SHAAREI MEVASERET, INC.<br><br>           Defendants. | CIVIL ACTION NO: 2:16-cv-00110-KM-MAH<br><br>**Document Electronically Filed** |

**DEFENDANT FRIENDS OF SHAREI MEVASERET, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Friends of Sharei Mevaseret, Inc. ("Defendant") in the above-captioned action, certifies that Defendant has no corporate parents, subsidiaries, and/or affiliates that have issued shares or debt securities to the public.

Dated: New York, New York
       January 12, 2016

                              **TROUTMAN SANDERS LLP**

                        By:   _ s/Aurora Cassirer_____
                              Aurora Cassirer
                              Amanda Lyn Genovese
                              875 Third Avenue
                              New York, NY 10022
                              Phone:  (212) 704-6000
                              Fax:    (212) 704-6288

                              *Attorneys for Defendants*

27770841