**TROUTMAN SANDERS LLP**
Aurora Cassirer
Amanda Genovese
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6227
Facsimile: 212-704-6288
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BITACH, LLC<br><br>Plaintiff,<br><br>v.<br><br>YEB EDUCATIONAL PROGRAMS INC. and FRIENDS OF SHAAREI MEVASERET, INC.<br><br>Defendants. | CIVIL ACTION NO:2:16-CV-00110-KM-MAH<br><br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, STAY ACTION PENDING ARBITRATION**<br><br>**Document Electronically Filed**<br><br>**February 16, 2016** |

THIS MATTER having come before the Court on Defendants YEB Educational Programs Inc. ("YEB") and Friends of Sharei Mevaseret, Inc. a/k/a American Friends of Sharei Mevaseret Inc. ("AFSM," together with YEB, "Defendants") Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint, or Alternatively, Stay the Action Pending Arbitration (TROUTMAN SANDERS, LLP, appearing), on notice to Plaintiff Bitach, LLC (SAMUEL CAHN, ESQ., APPEARING), AND THE Court, having reviewed and considered the papers filed and heard arguments of counsel, and for other good cause shown;

It is on this ____ day of _____, 2016, ORDERED that the parties are compelled to submit their dispute to arbitration; and

It is further ORDERED that Plaitniff's Complaint is hereby DISMISSED, or alternatively, STAYED PENDING ARBITRATION.

.

_____
Hon. Kevin McNulty