Sheila E. Calello
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
ATTORNEYS FOR PLAINTIFF BITACH, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BITACH, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>YEB EDUCATIONAL PROGRAMS INC. AND FRIENDS OF SHAAREI MEVASERET, INC., also known as AMERICAN FRIENDS OF SHAREI MEVASERET, INC., also known as FRIENDS SHAARE MEVA,<br><br>  Defendants. | Civil Action No.<br>2:16-cv-00110-KM-MAH |

**STIPULATION AND CONSENT ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFF'S COMPLAINT**

THIS MATTER having been opened to the Court by Troutman Sanders LLP, attorneys for Defendants YEB Educational Programs Inc. ("YEB") and Friends of Shaarei Mevaseret, Inc. ("Shaarei"; collectively, the "Defendants"), on Motion (the "Motion") for an Order compelling the parties to submit to arbitration and dismissing or staying this action; and Plaintiff Bitach, LLC ("Plaintiff") and Defendants (the "Parties") having reached an agreement with respect to the Motion; and for good cause shown:

IT IS, on this 3rd day of March, 2016,

ME1 21963423v.1

ORDERED that the Parties submit to arbitration before a Rabbinical Court in Jerusalem, Israel, in accordance with the arbitration provisions in the underlying credit documents between the Parties, and

ORDERED that this matter be and is hereby stayed pending completion of the arbitration; and

ORDERED that this Court shall retain jurisdiction to confirm the arbitration decision.

_____
HONORABLE KEVIN MCNULTY, U.S.D.J.

As consented to by:

TROUTMAN SANDERS LLP
Attorneys for Defendants

By: _____  Dated: February 18, 2016
Aurora Cassirer

McCARTER & ENGLISH, LLP
Attorneys for Plaintiff

By: _____  Dated: February 18, 2016
Sheila E. Calello
A Member of the Firm